IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL T. BARRY, II, Michael T. Barry, personal representative, and | ) ) ) ) |
| MICHAEL T. BARRY, individually as natural father of Michael T. Barry, II, deceased | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs | ) ) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. | ) ) ) |
| Defendant. | ) ) |

Cause No. 4:10-cv-00265-AGF

## MEMORANDUM

COME NOW, Plaintiffs, by and through counsel, and hereby file the attached Affidavits in support of their Motion for Approval of Wrongful Death Settlement, along with a Proposed Order.

       /s/ Ryan R. Cox
Ryan R. Cox, Esq., #MO52655
RYAN R. COX & ASSOCIATES, L.L.C.
320 N. Fifth St.
St. Charles, MO  63301
P: (636) 946-688
F: (636) 947-7516
***Attorneys for Plaintiffs***

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Scott C. Harper, #MO31378
Aaron I. Mandel, #MO39692
John A. Mazzei, #MO51398
BRINKER & DOYEN, L.L.P
34 N. Meramec Ave., 5th Floor
Clayton, MO 63105
(314) 863-6311
Fax - (314) 863-8197
harper@brinkerdoyen.com
amandel@brinkerdoyen.com
jmazzei@brinkerdoyen.com
***Attorneys for Defendant State Farm***

Furthermore, a copy of said documents was faxed this date to:

Melissa A. Featherston, Esq.
8050 Watson Road, Suite 241
St. Louis, MO 63119
(314) 842-5212 FAX
***Attorney for Diana Childers***